# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALBERTO DOCOUTO,

    Defendant.

2:07-CR-00203-JCM-LRL-1

ORDER

    Presently before the court is defendant's motion to continue sentencing. (Doc. #200). The government has responded. (Doc. #201).

    The defendant claims that he has substantial objections to the presentence report and that it will take the probation department some time to respond to those objections. Additionally, the defendant has been moved to a new facility in Pahrump, which he contends has complicated attorney-client communication. In response, the government notes that the presentence report was prepared in July of 2010, and that the government has already agreed to three continuances of defendant's sentencing.

    Although the court is inclined to grant the instant motion, the court is also cognizant of the government and victims' need to seek closure in this case.

    Accordingly,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to continue sentencing (doc. #200) is hereby GRANTED.

///

IT IS FURTHER ORDERED that the sentencing scheduled for January 7, 2011, at 10:30 a.m. is hereby VACATED and rescheduled for March 7, 2011, at 11:00 a.m.

IT IS FURTHER ORDERED that any objections to the presentence report be submitted to the court and probation department no later than February 7, 2011.

DATED: January 5, 2011.

_____
JAMES C. MAHAN
United States District Judge