FILED
ENTERED
COUNSEL/PARTIES OF RECORD

MAR 15 20..

CLERK US DIST...
DISTRICT OF ...

BY. _____

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )   2:07-CR-0203-JCM (LRL) |
| ALBERTO DOCOUTO, | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

On June 11, 2010, the United States submitted a proposed Order of Forfeiture in Court at the Change of Plea Hearing pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2). This Court did not sign or enter the Order of Forfeiture.

On June 14, 2010, the United States submitted electronically a proposed Order of Forfeiture (Docket #191) pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2). This proposed Order of Forfeiture was served on counsel for the defendant on June 14, 2010. No objection to the entry of the Order of Forfeiture was filed. Pursuant to the Plea Memorandum, ALBERTO DOCOUTO agreed to the criminal forfeiture money judgment of $26,100,000.00 in United States Currency. #190.

Accordingly, this Court finds on March 15, 2011, that ALBERTO DOCOUTO shall pay a criminal forfeiture money judgment of $26,100,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ALBERTO DOCOUTO a criminal forfeiture money judgment in the amount of $26,100,00.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this 15th day of March, 2011.


UNITED STATES DISTRICT JUDGE