# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>ALBERTO DOCOUTO,<br><br>             Defendant. | 2:07-CR-203 JCM (LRL) |

# ORDER

Presently before the court is defendant Alberto Docouto's motion to retain rights to proceed before the court after deportation to foreign country. (Doc. # 216). The government has not filed any response and the deadline date for filing a response has expired.

Defendant has retained counsel. Local rule IA 10-6(a) states that "[a] party who has appeared by attorney cannot while so represented appear or act in the case." The court finds it appropriate to deny the motion without prejudice at this time. Defendant must comport with the local rules.

Accordingly,

IT IS HEREBY, ORDERED, ADJUDGED, AND DECREED that defendant Alberto Docouto's motion to retain rights to proceed before the court after deportation to foreign country (doc. # 216) be, and the same hereby, is DENIED.

DATED June 11, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**